IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OFARIZONA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | 10-04249MP-001-PCT-MEA |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Carl Clinton Miller, | ) | |
| Defendant. | ) | |

The defendant appeared in court and admitted to violating his conditions of probation as alleged in all paragraphs of the Petition to Revoke Supervised Probation.

IT IS ORDERED revoking the defendant's supervised probation as unsuccessfully completed.

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons for the term of **NINETY (90) DAYS**, with credit for time served.

IT IS RECOMMENDED that the defendant serve his sentence at the Coconino County Jail

DATED this 17th day of November, 2011.

_____
Mark E. Aspey
United States Magistrate Judge